AUGUSTA H. CANTWELL, RESPONDENT, v. GEORGE DELANEY ET AL., APPELLANTS.

Submitted February 17, 1933—Decided May 15, 1933.

For the respondent, *Simon Englander.*

For the appellants, *William F. Delaney.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, KAYS, HETFIELD, DEAR, DILL, JJ. 9.

*For reversal*—LLOYD, CASE, VAN BUSKIRK, WELLS, JJ. 4.